IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RAY CHARLES SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv719-MHT |
| | ) | (WO) |
| CITIBANK (SOUTH DAKOTA), | ) | |
| N.A., a foreign | ) | |
| corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulations of dismissal (Doc. Nos. 25 & 26), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Capital One Bank, N.A., and the claims against it are dismissed with prejudice, with the parties to bear their own costs, fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of October, 2009.

     /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE