IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


RAY CHARLES SMITH,           )
                             )
        Plaintiff,           )
                             )        CIVIL ACTION NO.
        v.                   )        2:09cv719-MHT
                             )          (WO)
CITIBANK (SOUTH DAKOTA),     )
N.A., a foreign              )
corporation, et al.,         )
                             )
        Defendants.          )

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court
that the motion to dismiss with prejudice (doc. no. 39)
is granted and that defendant Experian Information
Solutions, Inc., and the claims against it are dismissed
with prejudice, with the parties to bear their own costs,
attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

The clerk of the court may close this case.

DONE, this the 10th day of February, 2010.


___/s/ Myron H. Thompson___
**UNITED STATES DISTRICT JUDGE**